FILED

04/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0079

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 20-0079

STATE OF MONTANA,

Plaintiff and Appellee,

vs.

CODY RAYMOND SACKS,

Defendant and Appellant.

## GRANT OF EXTENSION OF TIME

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 13, 2020 to prepare, file, and serve the Appellant's Reply Brief.

DATED this 1st day of April, 2020.

_____
Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 1 2020